FILED'06 JUL 17 12:27 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KATHY WOLFE,                              05-CV-895-JE

        Plaintiff,                       ORDER

v.

JO ANNE B. BARNHART,
Commissioner, Social Security
Administration,

        Defendant.


RORY LINERUD
Linerud Law Firm
P.O. Box 1105
Salem, OR 97308
(503) 587-8776

        Attorneys for Plaintiff

KARIN J. IMMERGUT
United States Attorney
NEIL J. EVANS
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
(503) 727-1053


1   -   ORDER

**MICHAEL McGAUGHRAN**
Regional Chief Counsel
**LEISA A. WOLF**
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/901
Seattle, WA 98104
(206) 615-3621

       Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge John Jelderks issued Findings and Recommendation (#12) on May 15, 2006, in which he recommended this Court reverse the Commissioner's decision for further proceedings. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

    The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#12). Accordingly, the Court **REVERSES** the Commissioner's decision and **REMANDS** this case to the Commissioner

2   -   ORDER

for further proceedings consistent with the findings of this Court.

IT IS SO ORDERED.

DATED this 17th day of July, 2006.

_____
ANNA J. BROWN
United States District Judge

3    -    ORDER